IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
2019 DEC 30 AM 11: 14
CLERK US DIST COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| EMILY GILBY, TEXAS DEMOCRATIC PARTY, DSCC, DCCC,<br>　　　　PLAINTIFFS,<br><br>V.<br><br>RUTH HUGHES, IN HER OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE,<br>　　　　DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 1:19-CV-1063-LY |

| | | |
|---|---|---|
| TERRELL BLODGETT, TEXAS YOUNG DEMOCRATS, AND TEXAS COLLEGE DEMOCRATS,<br>　　　　PLAINTIFFS,<br><br>V.<br><br>RUTH HUGHES, IN HER OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE,<br>　　　　DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 1:19-CV-1154-LY |

## **ORDER**

Before the court Defendant the Texas Secretary of State's Unopposed Motion to Consolidate filed December 18, 2019 (Doc. #22). Federal Rule of Civil Procedure 42(a) permits a district court to consolidate "actions before the court involv[ing] a common question of law or fact." District courts have broad discretion in determining whether to consolidate cases. *See Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761-62 (5th Cir. 1989). Consolidation is proper when it will avoid unnecessary costs or delay without prejudicing the rights of the parties. *See id.* at 761-62 (5th Cir. 1989); *St. Bernard Gen. Hosp., Inc. v. Hospital Serv. Ass'n of New Orleans, Inc.*, 712 F.2d 978, 989 (5th Cir. 1983). Having considered the motion, the court is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that Defendant the Texas Secretary of State's Unopposed Motion to Consolidate filed December 18, 2019 (Doc. #22) is **GRANTED**.

**IT IS FURTHER ORDERED** that Cause No. 1:19-CV-1154-LY be consolidated with and into Cause No. 1:19-CV-1063-LY.

**IT IS FINALLY ORDERED** that the consolidated cause shall hereafter be styled *Emily Gilby, Texas Democratic Party, DSCC, DCCC, Terrell Blodgett, Texas Young Democrats, and Texas College Democrats v. Ruth Hughes, In Her Official Capacity as the Texas Secretary of State*, Cause No. 1:19-CV-1063-LY.

SIGNED this 30th day of December, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE