UNITED STAES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EMILY GLIBY, TEXAS DEMOCRATIC PARTY, DSCC, DCCC, AND TERRELL BLODGETT, <br>     PLAINTIFFS, <br><br> V. <br><br> RUTH HUGHS, IN HER OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE, <br>     DEFENDANT. | § § § § § § § § § § § § | Cause No. 1:190-cv-1063-LY |

**ORDER ON NON-PARTY HARRIS COUNTY REPUBLICAN PARTY MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

ON THIS DAY CAME TO BE CONSIDERED Non-Party Harris County Republican Party's Motion to Quash. The Court, after reviewing the Motion, finds that it is well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED that the Subpoena issued to the Harris County Republican Party by Plaintiffs is QUASHED without prejudice to it being reissued at an appropriate time and with the appropriate foundation.

SIGNED this _____ of April 2020.

 

_____
U.S. DISTITCT JUDGE PRESIDING