**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| EMILY GILBY; TEXAS DEMOCRATIC PARTY; DSCC; DCCC; TERRELL BLODGETT<br><br>*Plaintiffs*,<br><br>v.<br><br>RUTH HUGHS, in her official capacity as the Texas Secretary of State,<br><br>*Defendant*. | CIVIL ACTION NO. 1:19-cv-01063 |

**ORDER**

Having considered Plaintiffs' Motion to Compel Production of Documents and Depose Defendant Texas Secretary of State Ruth Hughs Pursuant to Federal Rule of Civil Procedure 30(b)(6), the Motion is GRANTED. The Secretary is ordered to immediately produce all documents she has withheld on the basis of legislative privilege, deliberative process privilege, or both privileges as highlighted in Exhibit 6 to Plaintiffs' motion, and Plaintiffs are permitted to continue the deposition of the Texas Secretary of State's witness under Federal Rule of Civil Procedure 30(b)(6) to question him regarding the subject matter of these withheld documents. Given the need for relief prior to the November elections, this deposition should occur as soon as practicable.

SIGNED this the _____ day of June 2020.

_____
Lee Yeakel
United States District Judge