IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EMILY GILBY; TEXAS DEMOCRATIC PARTY; DSCC; DCCC; AND TERRELL BLODGETT, | § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CAUSE NO. 1:19-CV-1063-LY |
| RUTH HUGHS, IN HER OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE, | § § § § | |
| DEFENDANT. | § | |

**FINAL JUDGMENT AFTER REMAND**

On August 11, 2020, this court rendered an order in the above entitled and numbered cause granting in part Defendant Ruth Hughs's Motion to Dismiss as to Plaintiff Terrell Blodgett's claim brought pursuant to Section 1983 of Title 42 of the United States Code for violations of the Americans with Disabilities Act, and denying the motion in all other respects (Doc. #107). Hughs filed an interlocutory appeal to the United States Court of Appeals for the Fifth Circuit on August 14, 2020 (Doc. #108), appealing this court's denial of Hughs's motion to dismiss all claims based on sovereign immunity.

On May 7, 2021, the court of appeals rendered an opinion that reversed this court's order and remanded the case to this court "with instructions to dismiss." *Texas Democratic Party v. Hughs*, No. 20-50683, 2021 WL 2310010 (June 4, 2021).[1] Accordingly, the court now renders this Final Judgment After Remand.

**IT IS ORDERED** that the case is **DISMISSED**.

---

[1] The mandate was issued on the Fifth Circuit's opinion and judgment on June 1, 2021.

**IT IS FURTHER ORDERED** that Defendant is awarded costs.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SIGNED this __28th__ day of July, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE
